AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Harvey Culbreth | ) | Case No: | 3:21-cr-129 |
| | ) | USM No: | 63144-509 |

Date of Original Judgment: 3/08/2023
Date of Previous Amended Judgment: 3/09/2023
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

Except as otherwise provided, all provisions of the judgment dated 3/09/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 21, 2024

*Judge's signature*

Thomas M. Rose, United States District Judge

Effective Date: _____
*(if different from order date)*

*Printed name and title*